LAWRENCE G. BROWN
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADEQ AHMED SENAN, | No. CV-F-09-1175 OWW SMS |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: DISMISSAL |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application to adjust status to that of permanent resident by U.S. Citizenship and Immigration Services (CIS). On September 14, 2009, CIS adjudicated the application. Accordingly, this lawsuit is moot, and the parties stipulate to dismissal.

Dated: September 15, 2009

                        LAWRENCE G. BROWN
                        United States Attorney

By: /s/Audrey Hemesath
     Audrey B. Hemesath
     Assistant U.S. Attorney
     Attorneys for the Defendants

By: /s/ James M. Makasian
     James M. Makasian
     Attorney for the Plaintiff

-1-

1
2
3                                    <u>ORDER</u>
4     Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY
      ORDERED that the matter is DISMISSED.
5
6
7
8   IT IS SO ORDERED.
9   **Dated:   September 18, 2009**            <u>      /s/ Oliver W. Wanger      </u>
                                               UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-